**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | : |
| | : |
| Plaintiff | : CIVIL ACTION NO. 05-032 SLR |
| v. | : |
| | : |
| DONNIE KUKAN and | : JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT | : |
| | : |
| Defendants | : |

**ORDER**

At Wilmington this _____ day of _____, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

   (a) Discovery will be needed on the following subjects: the appropriateness of the wrestling practice format and the supervision of the wrestling practice and the practices of the wrestling coach.

   (b) All discovery shall be commenced in time to be completed by December 31, 2005.

   (c) Maximum of 100 interrogatories by each party to any other party.

   (d) Maximum of 25 requests for admission by each party to any other party.

   (e) Maximum of 10 depositions by plaintiff and 10 by defendant.

  (f) Each deposition limited to a maximum of seven (7) hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any part has the burden of proof due by September 30, 2005. Rebuttal expert reports due by October 15, 2005.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motion to join other parties, amend the pleadings, and certify a class action shall be filed on or before June 15, 2005.

4. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before January 31, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

7. **Motions in *Limine*.** All motions *in limine* shall be filed on or before (two weeks before pretrial conference). All responses to said motions shall be filed on or before (one week before pretrial conference).

      8.      **Pretrial Conference.** A pretrial conference will be held on _____ at \_\_\_\_\_ \_\_.m. in courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

      9.      **Trial.** This matter is scheduled for a (day/ week) bench/ jury trial commencing on _____ in courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

 

_____
United States District Judge