IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | : |
| | : |
| Plaintiff | : CIVIL ACTION NO. 05-032 SLR |
| v. | : |
| | : |
| DONNIE KUKAN and | : JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT | : |
| | : |
| Defendants | : |

## ORDER

At Wilmington this 25th day of April, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: the appropriateness of the wrestling practice format and the supervision of the wrestling practice and the practices of the wrestling coach.

    (b) All discovery shall be commenced in time to be completed by December 31, 2005.

    (c) Maximum of 100 interrogatories by each party to any other party.

    (d) Maximum of 25 requests for admission by each party to any other party.

    (e) Maximum of 10 depositions by plaintiff and 10 by defendant.

  (f) Each deposition limited to a maximum of seven (7) hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any part has the burden of proof due by September 30, 2005. Rebuttal expert reports due by October 15, 2005.

  (h) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motion to join other parties, a mend the pleadings, a nd certify a class action shall be filed on or before June 15, 2005.

4. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before January 31, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of

papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

                                                                                           _____
                                                                   United States District Judge