IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | |
| Plaintiff, | |
| v. | C.A. No. 05-32 |
| DONNIE KUKAN and RED CLAY CONSOLIDATED SCHOOL DISTRICT, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Christopher Page, Jr. on Monday, July 18, 2005 at 10:00 a.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

MURPHY SPADARO & LANDON
*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00119825.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | |
| Plaintiff, | |
| v. | C.A. No. 05-32 |
| DONNIE KUKAN and RED CLAY CONSOLIDATED SCHOOL DISTRICT, | JURY TRIAL DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 26th day of April, 2005, two copies of the foregoing **NOTICE OF ORAL DEPOSITION** were delivered via e-file and First Class Mail to the following individual(s):

James F. Kipp, Esq.
Trzuskowski Kipp & Kelleher
1010 Concord Avenue, #101
P.O. Box 429
Wilmington, DE 19899-0429

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00119825.DOC