IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR., | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 05-32 |
| | : |
| v. | : |
| | : |
| DONNIE KUKAN, Individually and in his | : |
| Capacity as Teacher, Wrestling Coach, Employee, Agent | : |
| Servant, and/or Workman of John Dickinson High | : |
| School and/or Red Clay School District, and | : |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, | : JURY TRIAL DEMANDED |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

I hereby certify that on this date two true and correct copies of **Plaintiff's Answers to Interrogatories and Plaintiff's Response to Request for Production** were served via first class mail upon the following:

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
101 Centre Road, Suite 210
Wilmington, DE 19805

TRZUSKOWSKI, KIPP & KELLEHER, P.A.

/s/ James F. Kipp
_____
JAMES F. KIPP, ESQUIRE (I.D. No. 190)
Concord Professional Center
1010 Concord Avenue, Suite 101
P. O. Box 429
Wilmington, DE 19899
302-571-1782

Dated: June 1, 2005            Attorneys for Plaintiff

Of Counsel:
George G. Rassias, Esquire
Curran & Rassias, LLP
200 East State Street, Suite 110
Media, PA 19063
610-566-5300