IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | |
| Plaintiff, | |
| v. | C.A. No. 05-32 |
| DONNIE KUKAN and RED CLAY CONSOLIDATED SCHOOL DISTRICT, | JURY TRIAL DEMANDED |
| Defendants. | |

## RE-NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Christopher Page, Jr. on Wednesday, August 10, 2005 at 10:00 a.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

    MURPHY SPADARO & LANDON
    */s/ Roger D. Landon*
    ROGER D. LANDON, I.D. No. 2460
    1011 Centre Road, Suite 210
    Wilmington, DE  19805
    (302) 472-8112
    Attorney for Defendants

00121991.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | \| |
| Plaintiff, | \| |
| v. | \| C.A. No. 05-32 |
| DONNIE KUKAN and RED CLAY CONSOLIDATED SCHOOL DISTRICT, | \| JURY TRIAL DEMANDED |
| Defendants. | \| |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 14th day of July, 2005, two copies of the foregoing **RE-NOTICE OF ORAL DEPOSITION** were delivered via e-file and First Class Mail to the following individual(s):

James F. Kipp, Esq.
Trzuskowski Kipp & Kelleher
1010 Concord Avenue, #101
P.O. Box 429
Wilmington, DE  19899-0429

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00121991.DOC