IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER PAGE, JR. | |
| Plaintiff, | |
| v. | C.A. No. 05-32 |
| DONNIE KUKAN and<br>RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT, | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties through their counsel that all claims in the above referenced action are hereby dismissed with prejudice. Each party to bear their own costs.

TRZUSKOWSKI KIPP & KELLEHER

_____
James F. Kipp (I.D. No. 190)
1010 Concord Avenue, #101
P.O. Box 429
Wilmington, DE 19899-0429
Attorney for Plaintiff

MURPHY SPADARO & LANDON

_____
Roger D. Landon (I.D. No. 2460)
Chase T. Brockstedt (I.D. No. 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
Attorneys for Defendants

00125593.DOC